George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
 Attorney for Plaintiff, John Lowes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN LOWES, | Civil Action No.: 3:15-CV-02003-KI |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| NANCY BERRYHILL, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $13,000.00 is approved to plaintiff's counsel. Credit is taken for EAJA fees paid in the amount of $4,005.39 and fees paid per 406(a) in the amount of $5,909.00, so that the net amount due plaintiff's counsel is $3,085.61.

IT IS SO ORDERED:

_____
US DISTRICT COURT JUDGE

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028

Proposed Order submitted on December 5, 2017 by:

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff, John Lowes

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028